1
2
3
4
5
6
7
8
9
10

FILED
CLERK U.S. DISTRICT COURT

MAY 2 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

JESUS HERALDEZ-MARTINEZ,    )    Case No. EDCV 07-389 MMM(JC)
                            )
              Petitioner,   )    (PROPOSED)
                            )
       v.                   )    ORDER ADOPTING FINDINGS,
                            )    CONCLUSIONS, AND
TERESER A. BANKS,           )    RECOMMENDATIONS OF
                            )    UNITED STATES MAGISTRATE
                            )    JUDGE
              Respondent.   )

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

19  Habeas Corpus by a Person in Federal Custody (the "Petition"), all of the records

20  herein, and the attached Report and Recommendation of United States Magistrate

21  Judge.  The Court approves and adopts the United States Magistrate Judge's

22  Report and Recommendation.

23      IT IS HEREBY ORDERED that (1) Respondent's Motion to Dismiss is

24  denied as moot; and (2) Judgment be entered denying the Petition and dismissing

25  this action without prejudice.

26  ///

27  ///

28  ///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2    United States Magistrate Judge's Report and Recommendation, and the Judgment
3    herein by United States mail on Petitioner and on counsel for Respondent.
4        LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6    DATED:  _May 20, 2008_____
7
8    _Margaret M. Morrow_____
9    HONORABLE MARGARET M. MORROW
    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28