UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HERALDEZ-MARTINEZ,<br>    Petitioner,<br>    v.<br>TERESER A. BANKS,<br>    Respondent. | Case No. EDCV 07-389 MMM(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed without prejudice.

DATED: May 20, 2008

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE